**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 233 EAL 2018

           Respondent         :

                                 :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

           v.                  :

                                 :

ANDRE GOFF,                    :

                                 :

           Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is

**DENIED**.